UNITED STATES DISTRICT COURT
FOR THE District of Columbia

Plaintiff,

v.

Case No.:
1:05−mc−00489−DAR
Magistrate Judge Deborah A. Robinson

TYSON FOODS, INCORPORATED, et al.

Defendant.

TYPE OF CASE:   Miscellaneous

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE of Hearing: Status Conference/Motion Hearing reset for 2/21/2006 11:00 AM in Courtroom 25 before Magistrate Judge Deborah A. Robinson. (Disregard date set for 2/10/06 at 2:00 PM)(lm )

**PLACE**

February 3, 2006

Nancy Mayer−Whittington, Clerk
lm, Deputy Clerk
